**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ALI SHAHROKI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:21-cv-01126-RFB-NJK |
| vs. | ) | |
| | ) | **ORDER** |
| MATHEW HARTER, *et. al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| T. MATTHEW PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:21-cv-01127-GMN-DJA |
| vs. | ) | |
| | ) | **ORDER** |
| VINCENT OCHOA, *et. al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In *Phillips v. Ochoa, et. al*, Plaintiff T. Matthew Phillips states that the above-named cases "arise from similar fact patterns." (*See* Compl., *Phillips v. Ochoa, et. al*, Case No.: 2:21-cv-01127-GMN-DJA (D. Nev. 2021)). "In the name of judicial economy, Plaintiffs Shahrokhi and Phillips file their lawsuits together." (*Id*. at 2).

The court may assign related actions to a single district judge and magistrate judge. *See* D. Nev. Local R. 42-1(a). Because the two related actions involve similar questions of fact and the same questions of law, and their assignment to the same district and magistrate judge is likely to effect a substantial savings of judicial effort, and because it would entail substantial duplication of labor if the actions continue to be heard by different district and magistrate judges, the court hereby transfers the subsequently filed related actions to District Judge Richard F. Boulware, II and Magistrate Judge Nancy J. Koppe for all further proceedings.

**IT IS HEREBY ORDERED** that Case No. 2:21-cv-01127-GMN-DJA is transferred to District Judge Richard F. Boulware, II and Magistrate Judge Nancy J. Koppe for all further proceedings.

**DATED** this  13 th day of July, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

_____
Richard F. Boulware, II, District Judge
United States District Court