# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALI SHAHROKI,[1]<br><br>    Plaintiff(s),<br><br>v.<br><br>A. MATHEW HARTER, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-01126-RFB-NJK<br><br>**ORDER** |

Pending before the Court is an order for Plaintiff to show cause why this case should not be dismissed and why Plaintiff should not be declared vexatious. Docket No. 6. Plaintiff filed a response. Docket No. 8. Given the circumstances, the Court declines to opine based on the current record as to whether Plaintiff's case is subject to dismissal or whether he should be declared a vexatious litigant. As the case develops, the Court may revisit these issues in the future. Moreover, nothing herein prevents Defendants from themselves seeking the same relief through motion practice if they believe the appropriate standards are met. Subject to the above caveats, the Court will discharge the order to show cause.

IT IS SO ORDERED.

Dated: August 3, 2021

                                                                Nancy J. Koppe
                                                                 United States Magistrate Judge

---

[1] Plaintiff's last name is spelled differently at various times within his complaint. *See* Docket No. 1 at 1 (header with Plaintiff identified as "Ali Shahrok*hi*" (emphasis added)) *with id.* (caption with Plaintiff identified as "Ali Shahroki").

1