# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALI SHAHROKI, <br><br>    Plaintiff(s), <br><br> v. <br><br> MATHEW HARTER, et al., <br><br>    Defendant(s). | Case No. 2:21-cv-01126-RFB-NJK <br><br> **Order** <br><br> [Docket No. 20] |

Pending before the Court is a motion to be permitted to file electronically filed by Defendants Burrow and Pearson. Docket No. 20. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b). For good cause shown, this request for permission to file electronically is **GRANTED** subject to the following:

- No later than November 19, 2021, Defendants Burrow and Pearson must file a certification that they have completed the CM/ECF tutorial and are familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]
- Defendants Burrow and Pearson are not authorized to file electronically until said certification is filed within the timeframe specified above.
- Upon timely filing of the certification, Defendants Burrow and Pearson must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: October 26, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1